Form 1-1

**FORM 1**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| NORCA ENGINEERED PRODUCTS LLC,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant. | **S U M M O N S**<br><br>**Court No. 21-305** |

**TO:** The Attorney General and the Secretary of Homeland Security

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

**PROTEST**

| Port of Entry: | 3901 (Chicago) | Date Protest Filed: | 12/11/2019 |
|---|---|---|---|
| Protest Number: | 3901-19-104467 | Date Protest Denied: | 01/04/2021 |
| Importer: | Norca Engineered Products LLC | | |
| Category of Merchandise: | Counterweights | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 525-0941130-3 | 03/24/2018 | 06/14/2019 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director,<br>U.S. Customs & Border Protection<br>Port 3901 – Chicago, IL<br>5600 Pearl Street<br>Rosemont, IL 60018<br>Address of Customs Port in<br>Which Protest was Denied | Jeremy W. Dutra<br>Squire Patton Boggs (US) LLP<br>2550 M Street, NW, Washington, DC 20037<br>(202) 626-6600; jeremy.dutra@squirepb.com<br><br>Name, Address, Telephone Number<br>and E-mail Address of Plaintiff's Attorney |

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | | |
|---|---|---|---|---|---|
| | Assessed | | Protest Claim | | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate | |
| | | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

19 U.S.C. § 1514(a)(2): the classification and rate and amount of duties chargeable

---

The issue which was common to all such denied protests:

Whether Customs erred in liquidating the imported counterweights under subheading 8431.49.9044, HTSUS instead of under subheading 8431.49.9095, HTSUS.

Whether the subject counterweights satisfy an exclusion provision to render them eligible to claim the secondary tariff number of subheading 9903.88.14, HTSUS, and avoid the 25 percent *ad valorem* duty assessment under subheading 9903.88.01, HTSUS.

---

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Jeremy W. Dutra
*Signature of Plaintiff's Attorney*

June 28, 2021
*Date*

Form 1-3

## SCHEDULE OF PROTESTS

<u>3001 (Seattle)</u>
*Port of Entry*

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 3001-19-100680 | 12/11/2019 | 01/04/2021 | 525-0929509-4 | 07/17/2018 | 06/14/2019 |

Port Director of Customs:
U.S. Customs & Border Protection
Port 3001 – Seattle, Washington
19339 28th Avenue, Building D
SeaTac, WA 98158

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 1-4

## SCHEDULE OF PROTESTS

<u>3901 (Chicago)</u>
*Port of Entry*

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 3901-19-104978 | 12/27/2019 | 01/04/2021 | 525-0929859-3 | 08/07/2018 | 07/05/2019 |
| | | | 525-0930554-7 | 08/08/2018 | 07/05/2019 |
| | | | 525-0931001-8 | 08/15/2018 | 07/12/2019 |
| | | | 525-0930553-9 | 08/24/2018 | 07/26/2019 |
| | | | 525-0931988-6 | 09/10/2018 | 08/09/2019 |
| | | | 525-0932325-0 | 09/14/2018 | 08/09/2019 |
| | | | 525-0931537-1 | 09/12/2018 | 08/16/2019 |
| 3901-20-107608 | 02/28/2020 | 01/04/2021 | 525-0932244-3 | 10/02/2018 | 09/06/2019 |
| | | | 525-0933121-2 | 10/17/2018 | 09/13/2019 |
| | | | 525-0933221-0 | 10/16/2018 | 09/20/2019 |
| | | | 525-0933890-2 | 10/27/2018 | 09/20/2019 |
| | | | 525-0934246-6 | 10/29/2018 | 09/27/2019 |
| | | | 525-0934248-2 | 10/29/2018 | 09/27/2019 |
| 3901-20-109418 | 03/30/2020 | 01/04/2021 | 525-0934250-8 | 10/31/2018 | 10/04/2019 |
| | | | 525-0934295-3 | 11/05/2018 | 10/11/2019 |
| | | | 525-0935264-8 | 11/19/2018 | 10/18/2019 |
| | | | 525-0935265-5 | 11/19/2018 | 10/18/2019 |
| | | | 525-0934661-6 | 11/21/2018 | 10/18/2019 |
| | | | 525-0935741-5 | 12/03/2018 | 11/01/2019 |
| | | | 525-0935990-8 | 12/09/2018 | 11/01/2019 |

| Port Director of Customs: | If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided. |
|---|---|

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 1-5

## SCHEDULE OF PROTESTS

<u>3901 (Chicago)</u>
*Port of Entry*

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 3901-20-111462 | 05/05/2020 | 01/04/2021 | 525-0936043-5 | 12/13/2018 | 11/08/2019 |
| | | | 525-0937280-2 | 12/14/2018 | 11/08/2019 |
| | | | 525-0937281-0 | 12/14/2018 | 11/08/2019 |
| | | | 525-0937282-8 | 12/14/2018 | 11/08/2019 |
| | | | 525-0937285-1 | 12/14/2018 | 11/08/2019 |
| | | | 525-0936650-7 | 12/13/2018 | 11/15/2019 |
| | | | 525-0937247-1 | 12/13/2018 | 11/15/2019 |
| | | | 525-0937283-6 | 12/14/2018 | 11/15/2019 |
| | | | 525-0937055-8 | 12/14/2018 | 11/15/2019 |
| 3901-20-112714 | 05/26/2020 | 01/04/2021 | 525-0937138-2 | 12/30/2018 | 11/29/2019 |
| | | | 525-0937418-8 | 12/31/2018 | 11/29/2019 |
| | | | 525-0938103-5 | 01/03/2019 | 11/29/2019 |
| | | | 525-0938052-4 | 01/04/2019 | 11/29/2019 |
| | | | 525-0938104-3 | 01/04/2019 | 11/29/2019 |
| | | | 525-0938053-2 | 01/04/2019 | 11/20/2019 |
| | | | 525-0938054-0 | 01/04/2019 | 12/06/2019 |
| 3901-20-113245 | 06/03/2020 | 01/04/2021 | 525-0937901-3 | 01/11/2019 | 12/06/2019 |
| | | | 525-0937877-5 | 01/16/2019 | 12/13/2019 |
| | | | 525-0937226-5 | 01/03/2019 | 12/20/2019 |
| | | | 525-0938546-5 | 01/22/2019 | 12/20/2019 |
| | | | 525-0939204-0 | 01/22/2019 | 12/20/2019 |
| | | | 525-0939203-2 | 01/22/2019 | 12/20/2019 |
| | | | 525-0938547-3 | 01/23/2019 | 12/20/2019 |
| | | | 525-0939207-3 | 01/23/2019 | 12/20/2019 |
| | | | 525-0939366-7 | 01/25/2019 | 12/27/2019 |
| | | | 525-0939299-0 | 01/28/2019 | 12/27/2019 |
| | | | 525-0939206-5 | 02/07/2019 | 01/03/2020 |

| Port Director of Customs: | If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided. |
|---|---|

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 1-6

## SCHEDULE OF PROTESTS

<u>3901 (Chicago)</u>
*Port of Entry*

| | | | | | |
|---|---|---|---|---|---|
| 3901-20-114389 | 06/23/2020 | 01/04/2021 | 525-0938549-9 | 01/31/2019 | 12/27/2019 |
| | | | 525-0938548-1 | 02/01/2019 | 12/27/2019 |
| | | | 525-0939200-8 | 02/02/2019 | 12/27/2019 |
| | | | 525-0938987-1 | 01/30/2019 | 01/03/2020 |
| | | | 525-0939303-0 | 02/05/2019 | 01/03/2020 |
| 3901-20-115604 | 07/15/2020 | 01/12/2021 | 525-0940128-8 | 02/15/2019 | 01/17/2020 |
| | | | 525-0939415-2 | 02/26/2019 | 01/24/2020 |
| | | | 525-0940555-2 | 03/02/2019 | 01/31/2010 |
| | | | 525-0940557-8 | 03/02/2019 | 01/31/2020 |
| | | | 525-0940237-7 | 02/27/2019 | 02/07/2020 |
| | | | 525-0941254-1 | 04/04/2019 | 02/28/2020 |
| | | | 525-0941507-2 | 04/04/2019 | 02/28/2020 |
| | | | 525-0942345-6 | 04/07/2019 | 02/28/2020 |
| 3901-20-117981 | 08/28/2020 | 01/12/2021 | 525-0941910-8 | 04/25/2019 | 03/20/2020 |
| | | | 525-0942481-9 | 04/28/2019 | 03/27/2020 |
| | | | 525-0942780-4 | 04/28/2019 | 03/27/2020 |
| | | | 525-0942733-3 | 05/02/2019 | 03/27/2020 |
| | | | 525-0943032-9 | 05/12/2019 | 04/03/2020 |
| | | | 525-0943475-0 | 05/12/2019 | 04/03/2020 |
| | | | 525-0943474-3 | 05/12/2019 | 04/10/2020 |
| | | | 525-0943683-9 | 05/12/2019 | 04/10/2020 |
| 3901-20-119799 | 10/13/2020 | 01/04/2020 | 525-0944216-7 | 05/31/2019 | 04/24/2020 |
| | | | 525-0944507-9 | 06/03/2019 | 04/24/2020 |
| | | | 525-0944814-9 | 06/09/2019 | 05/01/2020 |
| 3901-20-119800 | 10/13/2020 | 01/04/2020 | 525-0945200-0 | 06/16/2019 | 05/08/2020 |
| | | | 525-0945686-0 | 06/30/2019 | 05/29/2020 |
| | | | 525-0945687-8 | 07/30/2019 | 05/29/2020 |

| Port Director of Customs: | If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided. |
|---|---|
| | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 1-7

## SCHEDULE OF PROTESTS

<u>3901 (Chicago)</u>
*Port of Entry*

| | | | | | |
|---|---|---|---|---|---|
| 3901-20-121184 | 11/23/2020 | 01/04/2021 | 525-0945914-6 | 07/05/2019 | 06/05/2020 |
| | | | 525-0946520-0 | 07/15/2019 | 06/12/2020 |
| | | | 525-0946668-7 | 07/24/2019 | 06/12/2020 |
| | | | 525-0947336-0 | 08/04/2019 | 06/26/2020 |
| | | | 525-0948001-9 | 08/16/2019 | 07/17/2020 |
| 3901-20-121932 | 12/22/2020 | 01/12/2021 | 525-0947337-8 | 08/07/2019 | 06/26/2020 |
| | | | 525-0949675-9 | 09/18/2019 | 08/14/2020 |
| | | | 525-0462412-4 | 12/30/2019 | 11/27/2020 |

| Port Director of Customs: | If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided. |
|---|---|
| | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)